UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HELEN SWANSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-80 |
| | § | |
| RAILROAD COMMISSION OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered Plaintiff's Opposed Motion for Leave to File First Amended Complaint. (D.E. 7.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), "[a] party may amend its pleading once as a matter of course within: (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Defendant filed a Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss on April 22, 2011. (D.E. 6.) Plaintiff may therefore amend her complaint pursuant to Rule 15(a)(1)(B). Plaintiff's Opposed Motion for Leave to File First Amended Complaint is GRANTED. (D.E. 7.)

SIGNED and ORDERED this 27th day of April, 2011.

_____
Janis Graham Jack
United States District Judge